# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kamron Gibson Brown, ) | |
| ) | C/A No: 8:23-cv-02201-RMG-BM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S NOTICE OF FILING OF** |
| Richland County; Crystal Ragin in her ) | **RECORDS CUSTODIAN** |
| individual capacity; Kevin McCullough in ) | **AFFIDAVITS** |
| his individual capacity; John Doe Detention ) | |
| Officer in his individual capacity; and ) | |
| Quashawna Maeweather, in her individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Kamron Gibson Brown, by his undersigned counsel, hereby files with this Court the following records custodian affidavits pursuant to L.R. 16.02(D)(3) and in accordance with the Third Amended Scheduling Order in the above-captioned case:

    Exhibit A     Affidavit of Records Custodian for Prisma Health Richland;

    Exhibit B     Affidavit of Records Custodian for Alvin S. Glenn Detention Center;

    Exhibit C     Affidavit of Records Custodian for BenchMark Physical Therapy.

Respectfully submitted, this 16th of August, 2024.

[SIGNATURE PAGE TO FOLLOW]

2

**STROM LAW FIRM, LLC**

*/s/ Bakari T. Sellers*_____
Bakari T. Sellers (SC Fed. ID # 11099)
Joseph Preston Strom (SC Fed. ID # 4354)
Mario A. Pacella (SC Fed. ID # 7538)
Amy E. Willbanks (SC Fed. ID #13537)
Alexandra Benevento (SC Fed. ID # 10734)
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
Email: bsellers@stromlaw.com
       petestrom@stromlaw.com
       mpacella@stromlaw.com
       awillbanks@stromlaw.com
       abenevento@stromlaw.com

*Attorneys for Plaintiff*