# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Kamron Gibson Brown, <br><br> Plaintiff, <br><br> vs. <br><br> Richland County; Crystal Ragin, Kevin McCullough, John Doe Detention Officer, Quashawna Maeweather, <br><br> Defendants. | C/A No. 8:23-cv-02201-RMG-WSB <br><br><br> **NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER** |

The parties to this case give notice that they have reached a settlement in this matter. The parties will work efficiently to consummate the settlement in the very near future. The parties respectfully request the Court enter a *Rubin* Order conditionally dismissing this case without prejudice and without costs for a period of sixty (60) days.

| | |
|---|---|
| s/ Mario A. Pacella <br> Bakari T. Sellers, Fed Bar No. 11099 <br> Mario A. Pacella, Fed Bar No. 7538 <br> Amy E. Willbanks, Fed Bar No. 13537 <br> Alexandra Benevento, Fed Bar No. 10734 <br> Strom Law Firm, LLC <br> 6923 N. Trenholm Road, Suite 200 <br> Columbia, South Carolina 29206 <br> (803) 252-4800 <br> bsellers@stromlaw.com <br> mpacella@stromlaw.com <br> awillbanks@stromlaw.com <br> abenevento@stromlaw.com <br><br> *Attorneys for Plaintiff* | s/ J. Clayton Mitchell, III <br> A. Johnston Cox, Fed Bar No. 6534 <br> Lindsay A. Joyner, Fed Bar No. 11557 <br> J. Clayton Mitchell, III, Fed Bar No. 11739 <br> Kyle D. McGann, Fed Bar No. 12796 <br> Gallivan White Boyd, P.A. <br> Post Office Box 7368 <br> Columbia, South Carolina 29202 <br> (803) 779-1833 <br> jcox@gwblawfirm.com <br> ljoyner@gwblawfirm.com <br> cmitchell@gwblawfirm.com <br> kmcgann@gwblawfirm.com <br><br> *Attorneys for Defendants* |

January 06, 2025